**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: January 22, 2025　　　　　　　　　　　　Originating Case: FCC 24-75
Docket #: 24-2611　　　　　　　　　　　　　　　Agency: FCC
Short Title: Fines and Fees Justice Center, Inc. v. United States Federal Communications Commission

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to change venue; motion for leave to intervene filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, February 4, 2025.

Inquiries regarding this case may be directed to 212-857-8595.