**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| FINES AND FEES JUSTICE CENTER, INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES FEDERAL COMMUNICATIONS COMMISSION and the UNITED STATES OF AMERICA, <br><br> Respondents. | No. 24-2611 |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each party shall bear its own costs.

Dated: February 4, 2025
    New York, New York

_____
Stefen R. Short
Worth Rises, Inc.
85 Delancey Street, Second Floor
New York, NY 10002
sshort@worthrises.org

*Attorney for Petitioner Fines & Fees Justice Center, Inc.*

Jacob M. Lewis
Acting General Counsel

Sarah E. Citrin
Associate Deputy General Counsel

Matthew J. Dunne
Counsel

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Attorneys for Respondent Federal Communications Commission*

Robert J. Wiggers
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Robert.Wiggers@usdoj.gov

*Attorney for Respondent the United States of America*

Jacob M. Lewis
Acting General Counsel

Sarah E. Citrin
Associate Deputy General Counsel

Matthew J. Dunne
Counsel

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Attorneys for Respondent Federal Communications Commission*


Robert J. Wiggers
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Robert.Wiggers@usdoj.gov

*Attorney for Respondent the United States of America*

**CERTIFICATE OF SERVICE**

      I, Stefen R. Short, hereby certify that the foregoing Stipulation of Voluntary Dismissal was filed with the Clerk of the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system, and served electronically on all counsel of record, on February 4, 2025.


                                       _____

                                       Stefen R. Short